# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Luis Garcia,<br>a.k.a. Jose Garcia-Luis,<br>A087 959 308<br>*Defendant* | Case No. 16-7407 MJ |

DOA 10/6/16

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about October 6, 2016, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Luis Garcia, an alien, was found in the United States of America, at or near Arizona City, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near San Ysidro, California, on or about November 10, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Cassie Bray Woo

☒ Continued on the attached sheet.

*Complainant's signature*
Sheldon W. Schmitt
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 7, 2016

*Judge's signature*

Bridget S. Bade
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Sheldon W. Schmitt, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 6, 2016, Border Patrol Agent T. Walsh encountered an individual near Arizona City, in the District of Arizona. The agent identified himself as a Border Patrol Agent and performed an immigration inspection on the individual. The individual, later identified as Jose Luis Garcia, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Garcia was transported to the Casa Grande Border Patrol Station for further processing. Garcia was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Jose Luis Garcia to be a citizen of Mexico and a previously deported criminal alien. Garcia was removed from the United States to Mexico, at or near San Ysidro, California, on or about November 10, 2015, pursuant to the reinstatement of a removal order issued by an immigration official. There is no record of Garcia in any Department of Homeland Security database to suggest that he

1

obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Garcia's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Luis Garcia was convicted of Re-entry of Removed Alien, a felony offense, on March 26, 2012, in the United States District Court, District of Arizona. Garcia was sentenced to a term of fourteen months (14) months of incarceration, and placed on supervised release for one (1) year. Garcia's criminal history was matched to him by electronic fingerprint comparison.

5. On October 6, 2016, Jose Luis Garcia was advised of his constitutional rights. Garcia freely and willingly acknowledged his rights and agreed to provide a statement under oath. Garcia stated that his true and complete name is Jose Garcia-Luis and that he is a citizen of Mexico and of no other country. Garcia stated that he illegally entered the United States at or near Sasabe, Arizona, on or about October 1, 2016, without inspection by an immigration officer. Garcia further stated that he had been previously removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 6, 2016, Jose Luis Garcia, an alien, was found in the United States of

America, at or near Arizona City, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about November 10, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Sheldon W. Schmitt
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 7th day of October, 2016.

_____
Bridget S. Bade
United States Magistrate Judge

3